UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

WUYI BAIZE MOTION APPARATUS CO., LTD.,

                      Plaintiff,

       -against-

DGL GROUP, LTD

                      Defendant.

-----------------------------------------------------------------X

Case No. 25-cv-5

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Wuyi Baize Motion Apparatus Co., Ltd("Plaintiff" or "WBMA") hereby dismisses this action without prejudice as to Defendant DGL Group, ltd.

March 11, 2025

So Ordered,
/s/(ARR)
ALLYNE R. ROSS, U.S.D.J.
3/12/2025

/s/ *Ruoting Men*
Ruoting Men, Esq.
**GLACIER LAW LLP**
41 Madision Avenue, Ste. 2529
New York, NY 10166
ruoting.men@glacier.law
212-729-5049
*Attorney for Plaintiff*